UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SUE ELLEN M.,**

       **Plaintiff,**      :

  v.                          **Case No. 2:21-cv-214**
                               **Judge Sarah D. Morrison**
                               **Magistrate Judge Chelsea M.**
**COMMISSIONER OF**                **Vascura**
**SOCIAL SECURITY,**      :

       **Defendant.**

## ORDER

This matter is before the Court on the December 14, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 18). The time for filing objections has passed, and no objections have been filed. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the decision of the Commissioner is **AFFIRMED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                          /s/ Sarah D. Morrison
                                          **SARAH D. MORRISON**
                                          **UNITED STATES DISTRICT JUDGE**